IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:23-CR-22-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JERARD JONES, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant has filed various pretrial motions. See [D.E. 39, 40, 41, 42, 43, 44, 45]. The United States has filed an omnibus response. See [D.E. 57].

For the reasons described in the United States' response, the court DENIES defendant's motion for 404(b) evidence [D.E. 39], DENIES defendant's motion for witness statements/reports without redactions [D.E. 40], DENIES defendant's motion for inducements and promises [D.E. 41], DENIES defendant's motion for disclosure of prior records of government witnesses [D.E. 42], GRANTS in part defendant's motion to sequester government and defense witnesses except for the defendant and one government case agent [D.E. 43], DENIES defendant's motion for Jencks material [D.E. 44], and DENIES defendant's motion to file other motions [D.E. 45].

SO ORDERED. This 30 day of May, 2024.

JAMES C. DEVER III
United States District Judge